PD-0257-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/8/2018 11:51 AM
Accepted 3/8/2018 12:07 PM
DEANA WILLIAMSON
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED
COURT OF CRIMINAL APPEALS
3/8/2018
DEANA WILLIAMSON, CLERK

| | | |
|---|---|---|
| JUSTIN LEE GARCIA | § | CCA NO. _____ |
| | § | |
| V. | § | COA NO. 05-16-01256-CR |
| | § | |
| THE STATE OF TEXAS | § | TC NO. MB16-75150 |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

JUSTIN LEE GARCIA, hereinafter "Appellant," hereby moves for an extension of time of 45 days for the filing with this Court of Appellant's petition for discretionary review (PDR), from March 9, 2018, to April 23, 2015. In support of this motion, Appellant would show the following:

**I.**

The trial court below was the County Criminal Court Number Two of Dallas County, Texas. The intermediate appellate court was the Court of Appeals for the Fifth District of Texas at Dallas. The case in the Fifth Court of Appeals was styled as shown above with cause number 05-16-01256-CR. Appellant was convicted in the trial court below of terroristic threat. Appellant was sentenced to confinement in the county jail for 150 days. The intermediate appellate court affirmed the trial court's judgment of conviction on February 7, 2018. *See Justin Lee Garcia v. State*, Appeal

1

No. 05-16-01256-CR, —S.W.3d— , 2018 WL 739880 (Tex. App. — Dallas Feb. 7, 2018). No motion for rehearing, for rehearing en banc, or for reconsideration has been filed in regard to the opinion and judgment of the intermediate court of appeals in this case. No previous motion for extension has been filed in this Court, such that no previous extensions have been granted or denied.

## II.

In light of the February 7, 2018 date of the issuance of the opinion and judgment of the intermediate appellate court in this case, the current deadline for filing any PDR with this Court is March 9, 2018. *See* Tex. R. App. P. 4.1(a).

## III.

The need for an additional briefing time is reasonably explained by counsel spending time including as follows since February 7, 2018: (1) Mandatory attendance at Indigent Defense Seminar, Dallas, Texas, on February 9, 2018; (2) Brief for Appellant in *Gladston Edward Wilson v. State*, Appeal No. 05-17-00946-CR, tendered to the Fifth Court of Appeals on February 12, 2018; (3) Hearing on appeal bond motion in the 292nd District Court of Dallas County in *Eddie Lee Smith, Jr. v. State*, Appeal No. 05-17-01257-CR, on February 16, 2018; (4) 56-page Brief for Appellant in *Bilawal Shahzada v. State*, Appeal No. 05-17-00391-CR, filed in the Fifth Court of Appeals on March 1, 2018; and (5) Post-Submission Supplemental

Point of Error/Reply Issue and Letter Brief in *Machutta v. State*, Appeal No. 05-16-00846-CR, and *State v. Machutta*, Appeal No. 05-16-01160-CR, tendered in the Fifth Court of Appeals of Texas on March 7, 2018.

Counsel has additional matters pending: (1) mandatory Public Defender training on March 9, 2018; (2) Brief for Appellant in *Tevin Ahere v. State*, Appeal No. 05-17-00737-CR, anticipated to be ordered due on March 19, 2018, pursuant to the February 26, 2018 findings and recommendations of the trial court pursuant to the January 30, 2018 abatement order concerning the status of the Appellant's brief;[1] (3) Brief for Appellant in *Anthony Troy Chiplin v. State,* Appeal No. 05-17-01052-CR, an appeal from a jury conviction for injury to a child or elderly person, with a reporter's record consisting of approximately 925 pages, which was due in the Fifth Court of Appeals on February 9, 2018, and abated on March 6, 2018 for findings concerning the status of the Brief for Appellant; (4) Brief for Appellant in *Michael Bickley v. State*, Appeal

---

1 In addition to the matters specified in Part III, counsel completed the following between late December of 2017 and early February of 2018: (1) 91-page Brief for Appellant (12 points of error) in *Manuel Fino v. State*, Appeal No. 05-17-00169-CR, an appeal from a murder conviction, filed on December 27, 2017; (2) Voluntary Dismissal in *Fino v. State*, Appeal No. 05-17-00170-CR, filed in the Fifth Court of Appeals of Texas at Dallas on December 27, 2017; (3) 57-page Brief for Appellant in *Leonard Mornes v. State*, Appeal No. 05-17-00289-CR, an appeal from a capital murder conviction, filed in the Fifth Court of Appeals of Texas at Dallas on January 11, 2018; (4) Motion for Rehearing and Petition for Discretionary Review Evaluation and Rule 48 compliance in 13 cases (Gutierrez, Martin, No. 05-16-00638-CR; Crow, Isaac, No. 05-16-01434-CR; Velazquez, Adrian, No. 05-16-00333-CR; Agers, Reginale, Nos. 05-16-01419-CR, 05-16-01420-CR, 05-16-01421-CR, 05-16-01422-CR, 05-16-01423-CR; Canady, Myron, No. 05-17-00119-CR; Dominguez, Jose, Nos. 05-16-01280-CR, 05-16-01281-CR, 05-16-01282-CR; and Green, James, No. 05-17-00082-CR) (6) Motion to Determine Jurisdiction (eight pages) filed in lieu of Brief for Appellant in *Michael Bickley v. State*, Appeal Nos. 05-17-01189-CR and 05-17-01190-CR, on January 30, 2018; and (7) Brief for Appellant in *Eddie Lee Smith v. State*, Appeal No. 05-17-01257-CR, filed in the Fifth Court of Appeals of Texas on

3

Nos. 05-17-01189-CR and 05-17-01190-CR, with date for brief to be due to be determined, or dismissal ordered, after reinstatement on jurisdictional findings and recommendations of District Court, set for hearing on March 9, 2018 in the 283rd Judicial District Court of Dallas County;  and (5) Brief for Appellant in *Chelsea Wallace v. State*, Appeal No. 05-18-00006-CR, due on March 29, 2018, with no extension requested. In addition, counsel is in need of time to attend to non-briefing matters that resulted in a backlog due to counsel's recent docket.  *See* Part III and footnote 1, *supra*, at page 3.

## IV.

Accordingly, Appellant relies on the aforementioned facts as reasonably explaining Appellant's need to for an extension of time to file a PDR with this Court. Appellant respectfully requests an extension of time in the length of 45 days, from March 9, 2018, to April 23, 2018.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court will grant the extension requested or order any other relief to which Appellant would be entitled.

February 2, 2018.

/s/ Christian T. Souza
Christian T. Souza
Texas Bar No. 00785414
Assistant Public Defender
Dallas County Public Defender's Office
133 N. Riverfront Blvd. LB 2
Dallas, Texas 75207
(214) 653-3550 (phone)

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing PDR extension motion has been sent to the Special Prosecutor as follows via surface mail by deposit into the Dallas County Mail System.

Donald J. Guidry
The Guidry Law Firm
5787 Main Street, Suite 270
Dallas, Texas 75232

/s/ Christian T. Souza
Christian T. Souza